IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-40270
Summary Calendar
_____

KATE BROYLES, Individually and as
the Representative of the Estate
of Scott A. Broyles, Et Al.,

                                    Plaintiffs

DON BROYLES, Individually and as
the Heirs and Beneficiaries of the
Estate of Scott A. Broyles, Deceased,
MARCIA BROYLES, Individually and as
the Heirs and Beneficiaries of the
Estate of Scott A. Broyles, Deceased,

                              Plaintiffs-Appellants,

                    versus

GARY LEE HATFIELD, ET AL.,

                                    Defendants,

DENTON COUNTY, Texas, WELDON LUCAS,
Individually and as the Sheriff of
Denton County, Texas, CITY OF DOUBLE
OAK, RICK BRAUD, MARK WATKINS and
RICKY DON SELDERS,

                              Defendants-Appellees.

_____

Appeal from the United States District Court for
the Eastern District of Texas
(4:95-CV-308)
_____
September 17, 1997

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court in its Memorandum Opinion and Order dated February 20, 1997.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.